United States District Court
Southern District of Texas
**ENTERED**
January 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| G.P. A MINOR BY AND THROUGH HIS NEXT FRIEND, CAROLINA NARVAREZ<br>PLAINTIFF,<br><br>v.<br><br>IPS ENTERPRISES, INC.; and the IDEA PUBLIC SCHOOLS, INC.<br>DEFENDANTS. | §§§§§§§§§§<br><br>C.A. NO. 7:24-CV-00109 |

### PROPOSED ORDER GRANTING THE AMENDED JOINT MOTION TO DISMISS WITH PREJUDICE

Pending before the Court is the Amended Joint Motion to Dismiss with Prejudice. The Court, having considered the parties Joint Motion to Dismiss with Prejudice and consideration of all matters related thereto, is of the opinion that the parties Joint Motion to Dismiss with Prejudice is hereby GRANTED.

IT IS THEREFORE ORDERED that this case shall be dismissed with prejudice to the refiling of the same or similar cause of action and that costs of court shall be borne by the party incurring same.

IT IS SO ORDERED.

SIGNED this 13th day of January, 2025.

_____
HONORABLE RICARDO H. HINOJOSA